UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STEPHEN KING,

Plaintiff,

-against-

NEW YORK CRUISE LINES, INC.,
D/B/A THE CIRCLE LINE,

Defendant.
-----------------------------------------------------------X

PLAINTIFF DEMANDS
A TRIAL BY JURY

04cv8103

SEAMAN'S CASE UNDER
THE JONES ACT FOR
PERSONAL INJURIES

**SUITS UNDER SPECIAL RULE FOR SEAMEN TO SUE WITHOUT SECURITY OR PREPAYMENT OF FEES FOR THE ENFORCEMENT OF THE LAWS OF THE UNITED STATES, COMMON AND STATUTORY, FOR THE PROTECTION OF AND FOR THE HEALTH AND SAFETY OF SEAMEN AT SEA**

Plaintiff, complaining of the defendants, by his attorney, WERTHEIMER ASSOCIATES, P.C., respectfully alleges as follows:

## FIRST COUNT

**FIRST:** Upon information and belief, at all times hereinafter mentioned, the defendant New York, Cruise Lines, Inc., d/b/a The Circle Line, was a foreign corporation doing business in the State of New York.

**SECOND**: Upon information and belief, at all times hereinafter mentioned, the defendant New York, Cruise Lines, Inc., d/b/a The Circle Line, was a domestic corporation doing business and with its principle place of business in the State of New York

**THIRD:** At all times and dates hereinafter mentioned, the defendant New York Cruise Lines, Inc., d/b/a The Circle Line, owned the vessel BOAT 11.

**FOURTH:** At all times and dates hereinafter mentioned, the defendant New York Cruise Lines, Inc., d/b/a The Circle Line, operated the vessel BOAT 11.

**FIFTH:** At all the times and dates hereinafter mentioned, the defendant New York Cruise Lines, Inc., d/b/a The Circle Line, controlled the vessel BOAT 11.

**SIXTH:** At all times and dates hereinafter mentioned and for some time prior, the plaintiff was an employee of the defendant New York Cruise Lines, Inc., d/b/a The Circle Line, on its various sightseeing vessels.

**SEVENTH:** That on or about the July, 2003, without any fault on the part of the plaintiff, and wholly and solely by reason of the negligence, recklessness and carelessness of the defendant, its agents, servants and/or employees, and by reason of the unseaworthiness of its vessel, the plaintiff was caused to sustain injuries.

**EIGHTH:** As a result of the foregoing, the plaintiff was rendered sick, sore, lame, and disabled and sustained severe permanent personal injuries, was an is internally and externally disabled, causing him to suffer pain, and for a time he was prevented from attending to his daily labors, thereby losing sums of money which he otherwise would have earned as wages, and has endeavored to be cured of his injuries, and has expended sum of money to maintain himself, and will continue to endure pain and suffering, all to his damage.

**NINTH:** By reason of the foregoing, plaintiff has been damaged in the sum of ONE MILLION ($1,000,000.00) DOLLARS.

## <u>SECOND COUNT</u>

**TENTH:** Plaintiff repeats and realleges each and every allegation in paragraphs FIRST through NINTH as if fully set forth at length herein.

**ELEVENTH:** At all times and dates hereinafter mentioned, the defendant New York Cruise Lines, Inc., d/b/a The Circle Line, owned the vessel BOAT 11.

**TWELFTH:** At all times and dates hereinafter mentioned, the defendant New York Cruise Lines, Inc., d/b/a The Circle Line, operated the vessel BOAT 11.

**THIRTEENTH:** At all the times and dates hereinafter mentioned, the defendant New York Cruise Lines, Inc., d/b/a The Circle Line, controlled the vessel BOAT 11.

**FOURTEENTH:** At all times and dates hereinafter mentioned and for some time prior, the plaintiff was an employee of the defendant New York Cruise Lines, Inc., d/b/a The Circle Line, on its various sightseeing vessels.

**FIFTEENTH:** That on or about the May, 2004, without any fault on the part of the plaintiff, and wholly and solely by reason of the negligence, recklessness and carelessness of the defendant, its agents, servants and/or employees, and by reason of the unseaworthiness of its vessel, the plaintiff was caused to sustain injuries.

**SIXTEENTH:** As a result of the foregoing, the plaintiff was rendered sick, sore, lame, and disabled and sustained severe permanent personal injuries, was an is internally and externally disabled, causing him to suffer pain, and for a time he was prevented from attending to his daily labors, thereby losing sums of money which he otherwise would have earned as wages, and has endeavored to be cured of his injuries, and has expended sum of money to maintain himself, and will continue to endure pain and suffering, all to his damage.

**SEVENTEENTH:** By reason of the foregoing, plaintiff has been damaged in the sum of ONE MILLION ($1,000,000.00) DOLLARS.

THIRD COUNT

**EIGHTEENTH:** Plaintiff repeats and realleges each and every allegation in paragraphs FIRST through SEVENTEENTH in this Complaint, as if fully set forth at length herein.

**NINETEENTH:** Plaintiff is entitled to maintenance, cure and medical expenses for the period that he was disabled and unable to work in the total sum of THREE HUNDRED THOUSAND ($300,000.00) DOLLARS.

WHEREFORE, plaintiff demands judgment against defendant in the FIRST COUNT in the sum of ONE MILLION ($1,000,000.00) DOLLARS, and in the SECOND COUNT in the sum of ONE MILLION ($1,000,000.00) DOLLARS, and in the THIRD COUNT in the sum of THREE HUNDRED THOUSAND ($300,000.00) DOLLARS, together with the costs of this action.

Dated: New York, New York
October 14, 2004

WERTHEIMER ASSOCIATES, P.C.

By:____________________________

Robin Wertheimer (5065)
Attorneys for Plaintiff
225 Broadway, Suite 1201
New York, New York 10007